IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


SELINA MILLER,

    Plaintiff,

vs.                          Civil Action 2:12-MC-30

                             Magistrate Judge King


HUNTINGTON NATIONAL BANK, INC.,
*et al.*,

    Defendants.


## ORDER

    This Court previously characterized plaintiff as vexatious in her litigation history and practices and limited her ability to file civil complaints in this Court:

> Finding that Selina R. Miller is a vexatious litigator, the Court **ORDERS** that the Clerk of Court not accept for filing any future complaint unless it has first been presented to a Magistrate Judge to determine whether the complaint states a claim for relief.  If the Magistrate Judge finds that the complaint, on preliminary screening, does state a claim for relief, the Magistrate Judge should direct the Clerk of Court to file the complaint.

*Selena R. Miller v. Ohio Board of Regents*, Case No. 2:01-cv-550 (S.D. Ohio August 21, 2003).

    On July 31, 2012, the Court received from Selina Miller an application for leave to proceed *in forma pauperis* and a civil complaint.  This matter is now before the Court for the preliminary screening of that complaint, as required by this Court's prior order.

    The complaint names as defendants the Huntington National Bank, Pastor Keith Troy, the New Salem Baptist Church and Rosita (Page)

Primrose.  All defendants are identified as residents of Columbus, Ohio.  The complaint alleges that defendants participated in the theft of a check belonging to plaintiff, misconduct that plaintiff characterizes as "intentional fraud."

The claim sought to be asserted by plaintiff does not arise under federal law.  The Court therefore lacks federal question jurisdiction under 28 U.S.C. § 1331.  Because all defendants are identified as residents of Ohio, the Court also lacks diversity jurisdiction under 28 U.S.C. § 1332.

Because the Court lacks subject matter jurisdiction, and does not state a claim that this Court may entertain, the Clerk is **DIRECTED** not to file the complaint received from plaintiff on July 31, 2012.  The Clerk is **DIRECTED** to open a miscellaneous case for record-keeping purposes and to file the documents received from Selina Miller on July 31, 2012, and this *Order*, in that case.


                                        *s/Norah McCann King*
                                         Norah M$^{c}$Cann King
                               United States Magistrate Judge

July 31, 2012
Date